

motion to attach, it is ordered that said motion to attach is granted, that said writ-appeal petition is hereby denied without prejudice to Appellant's right to raise the issue asserted during the course of normal appellate review, and that said motion to stay the proceedings is hereby denied as moot.

No. 12–0616/AR. United States v. Timothy E. Bennitt. CCA 20100172. Appellee's motion to file a brief out of time is granted.

No. 12–0616/AR. United States v. Timothy E. Bennitt. CCA 20100172. On consideration of the joint motion to file a supplemental joint appendix, it is ordered that said motion is hereby granted.

Wednesday, October 29, 2014

